IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE VASQUEZ, *et al.*,

    Plaintiffs,   No. CIV 2:12-cv-2438 GEB AC PS

  vs.

ONEWEST BANK, *et al.*,

    Defendants.   <u>ORDER</u>

_____/

    This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Presently pending before the court are four motions to dismiss and/or motions to strike filed by the defendants. <u>See</u> ECF Nos. 6-7, 11-12. No opposition to the motions has been filed.

    Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of February 6, 2013 is vacated. Hearing on defendants' motions is continued to March 6, 2013 at 10:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motions to dismiss, no later than February 20, 2013. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 25, 2013.

`

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;vasq2438.nooppo